IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **VICTORIA PETRUCCI,** | * | |
| Plaintiff | * | |
| v. | * | **CIVIL NO.  JKB-12-1526** |
| **HOME PARAMOUNT PEST CONTROL COS., INC.,** *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

The Court has reviewed the filing by Plaintiff entitled, "Notice of Voluntary Dismissal Pursuant to Federal Rule 41(a)(2)" (ECF No. 10).  By way of this document, Plaintiff seems to be attempting the voluntary dismissal of one of the counts in her five-count complaint.  She has cited no authority for this course of action.  A voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) applies to dismissal of entire actions, as is evident from the wording of the rule.  It does not apply to dismissal of individual counts.  The proper course of action is for Plaintiff to file an amended complaint under Rule 15(a).  *See* 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2362, at 413-14 (3d ed. 2008).  *See also Tenenbaum v. PNC Bank National Assoc.*, Civ. No. DKC-10-2215, 2011 WL 2038550, at \*8 (D. Md. May 24, 2011); *Shilling v. Northwestern Mut. Life Ins. Co.*, 423 F. Supp. 2d 513, 518 & nn.8, 13 (D. Md. 2006).  The Court has previously extended the time within which Defendants may respond to Plaintiff's complaint, and Defendants have now filed answers.  Under Rule 15(a)(1)(B), Plaintiff may amend her complaint once as a matter of course within 21 days after service of a responsive pleading.  Thus, Plaintiff may file an appropriately amended complaint within 21 days of

June 27, 2012, which is the date on which Defendants filed their answers. If Plaintiff does not file an amended complaint within that 21-day period, then she may proceed under Rule 15(a)(1)(B) and this Court's Local Rule 103.6 (D. Md. 2011).

DATED this 28th day of June, 2012.

                                              BY THE COURT:

                                              /s/
                                              James K. Bredar
                                              United States District Judge